# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153324

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RODERICK LOUIS PIPPEN,
       Defendant-Appellant.

SC: 153324
COA: 321487
Wayne CC: 10-006891-FC

_____/

On order of the Court, the application for leave to appeal the January 14, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the defendant was denied the effective assistance of counsel based on trial counsel's failure to adequately investigate and present testimony from a res gestae witness. See, e.g., *Strickland v Washington*, 466 US 668, 689; 104 S Ct 2052; 80 L Ed 2d 674 (1984); *Towns v Smith*, 395 F3d 251 (CA 6, 2005). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017 _____



s0125

Clerk